**Bobby STONE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52199.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Bobby Stone appeals the circuit court's denial, without an evidentiary hearing, of his motion to set aside his guilty plea to one count of rape and to two counts of forcible sodomy. He asserts that the circuit court erred in denying an evidentiary hearing. We disagree and affirm the denial. Rule 84.16(b).